# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

*Eastern District*
Peter Kirchheimer
*Attorney-in-Charge*

January 26, 2012

The Honorable I. Leo Glasser
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:  United States v. Victoria Atkins, et al.,**
      **11-CR-0691**

Your Honor:

       I write on behalf of Ms. Atkins and with the consent
of the government to request a one month adjournment of
the status conference presently scheduled for January 30,
2012.  Ms. Atkins and the government are engaged in the
process of negotiating a disposition.  We seek the
adjournment so that we may continue and resolve our
negotiations.  For these reasons we also move for a
finding that the delay serves the ends of justice and is
excluded under the Speedy Trial Act.  *See* 18 U.S.C. §
3161(h)(7)(a).

       Thank you for your attention.  Please advise.

                              Respectfully submitted,

                              Heidi C. Cesare, Esq.
                              Assistant Federal Defender
                              718-330-1257

cc:  Clerk of the court (by ECF)
     Tyler Smith, AUSA
     Anthony Ricco, Esq. (By email)
     Victoria Atkins